# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | | | |
|---|---|---|---|
| Filer's Name: | **Ian S. Landsberg, Esq.** | Atty Name (if applicable): | **Ian S. Landsberg, Esq.** |
| Street Address: | **16030 Ventura Blvd., Suite 470 Encino, CA 91436** | CA Bar No. (if applicable): | **137431** |
| Filer's Telephone No.: | **(818) 855-5900** | Atty Fax No. (if applicable): | **(818) 855-5910** |

| In re: | Case No. **2:10-bk-58962** |
|---|---|
| **Julie Rico Bastarache** | Chapter **7** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes  ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ F  ☐ G  ☐ H  ☐ I  ☐ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☒ Other: **Statement of Related Cases**

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Julie Rico Bastarache**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **January 10, 2011**

**\*\*FOR COURT USE ONLY\*\***

/s/ **Julie Rico Bastarache**
**Julie Rico Bastarache**
*Debtor Signature*

_____
*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

# FIRST AMENDED
## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    (1) Julie Rico Bastarache; Chapter 7 filed 7/7/99 in the United States Bankruptcy Court, Central District of California, Los Angeles Division. Case No. 99-35446-LF. Discharge entered 03/13/2000.

    (2) Weeneez LLC; Chapter 7 filed 11/15/10 in the United States Bankruptcy Court, Central District of California, Los Angeles Division. Case No. 10-bk-58946-ER. Pending.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    n/a

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    n/a

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Encino**, California.    /s/ Julie Rico Bastarache
                                        Julie Rico Bastarache
Dated **January 10, 2011**              Debtor

                                        Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  **January 10, 2011**

**Ian S. Landsberg, Esq.**
Print or Type Name

**/s/ Ian S. Landsberg, Esq.**
*Signature*

(SEE ATTACHED MAILING LIST.)

Office of the United States Trustee
725 Figueroa Street, 26th Floor
Los Angeles, CA  90017

Chapter 7 Trustee
John J. Menchaca
835 Wilshire Boulevard, Suite 300
Los Angeles, CA  90017

US Bankruptcy Court
Central District of California
Los Angeles Division
255 E. Temple Street, Ctrm. 1539
Los Angeles, CA  90012
Attn:  Hon. Peter H. Carroll Chambers